```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM FIRE AND CASUALTY      :      CIVIL ACTION
CO.                               :
                                  :
           v.                     :
                                  :      NO. 20-4769
JESSICA SLANE, et al.             :
```

ORDER

AND NOW, this 11th day of February, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of plaintiff State Farm for judgment on the pleadings (Doc. #7) is GRANTED; and

(2) Plaintiff State Farm has no duty to defend or indemnify defendant Jessica Slane in the underlying action, <u>C.S. (a Minor), et al. v. Jessica Slane, et al.</u>, docketed as No. 2018-12795-TT in the Court of Common Pleas of Chester County.

                                  BY THE COURT:

                                  /s/ Harvey Bartle III
                                  _____
                                                       J.